UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:07-CR-64 |
| | ) | |
| ERNEST WADE CANIPE | ) | |

**O R D E R**

This criminal matter is before the Court to consider the September 7, 2007 Report and Recommendation, [Doc. 31], of the United States Magistrate Judge. In that Report and Recommendation, the Magistrate Judge recommends that the defendant's Motion to Suppress, [Doc. 18], be denied. The defendant has filed an Objection to this recommendation, [Doc. 36]. After careful and *de novo* consideration of the record as a whole, including the transcript of the hearing on September 5, 2007, which contains the arresting officer's testimony and the attorneys' oral arguments, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that the

1

defendant's Objection is **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 31], and that the defendant's Motion to Suppress, [Doc. 18], is **DENIED**.

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE